## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

JOSEPH THACKER,             )
                                    )
        Plaintiff,       )
                                    )
v.                           )       No.    1:19-CV-86-PLR-SKL
                                    )
ROBBIE GOINS, STONY LOVE, and  )
CAMPBELL COUNTY,         )
                                    )
        Defendants.   )

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendants' motion for summary judgment [Doc. 18] is **GRANTED** and this pro se prisoner's complaint for violation of § 1983 is **DISMISSED**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

/s/ John L. Medearis
CLERK OF COURT

2